LORETTA BROCKER and GUSTAVE BROCKER, Respondents, v. SOUTH SHORE CHEVROLET, INC., and HARRY LIEBOWITZ, Appellants, Impleaded with REINHARD E. KALTENMEIER, as Sheriff of Richmond County, Defendant.— Order, as resettled, staying all proceedings for the collection of a judgment affirmed, without costs, on condition, however, that the plaintiffs stipulate to try the case at the January term, 1933, that they further stipulate to join with the appellants in an application to the Trial Term to place the case on the calendar for that term, and that notice of trial be waived and that the case be tried when reached. In the event of plaintiffs' failure so to stipulate within five days from the entry of an order upon this decision, the order is reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

JACOB BRODSKY, Respondent, v. BROWNSVILLE SAVINGS BANK, Appellant.— Order of Appellate Term affirming judgment of the Municipal Court, and said judgment, reversed on the law and the facts and a new trial ordered in the Municipal Court, with costs to abide the event, on the grounds: (1) It does not appear that the terms of the oral contract were fully agreed upon, the questions of the amount of annual installments and the rate of interest still being undetermined at the time the negotiations were abandoned and canceled. (2) The implied finding of fact that the defendant breached the contract of sale (if such contract had been made) is against the weight of evidence and the probabilities, it appearing that the purchaser withdrew from the negotiations before her liability became fixed. (3) The charge of the court was too general in its nature and did not submit the controverted issues so that the jury could readily determine them; and the jury should have been instructed that the purchaser was not bound until the oral agreement was reduced to writing. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

ESTELLA CAMPBELL, Individually and as Administratrix of DAVID CAMPBELL, Deceased, Respondent, v. STEVE HOMUSICK, Doing Business under the Name and Style of S. H. TRUCKING COMPANY, Appellant, and NYACK LUMBER CORPORATION and ANGELO ESPOSITO, Defendants.— Judgment reversed on the law and the facts and a new trial granted, costs to abide the event, unless within five days from the entry of the order herein respondent stipulate to reduce the verdict to $510.70; in which event the judgment, as thus modified, is unanimously affirmed, without costs. There was a failure of proof of the time during which the plaintiff was deprived of the use of the car. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

ISOBEL S. CARTER, Respondent, v. ELVIRA S. GRAHAM and JULIA S. BOCK, Appellants, and Others, Defendants.— Order denying motion for service of an amended complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.